```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 46003
   EMMA J FARRIOR
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-3175

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/15/2004 and was confirmed 02/02/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 05/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
RESURGENT CAPITAL          SECURED          13050.00         1723.75        8656.53
RESURGENT CAPITAL          UNSECURED         6534.14            .00             .00
CAPITAL ONE                UNSECURED        NOT FILED           .00             .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED           .00             .00
NICOR GAS                  UNSECURED          543.95            .00             .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED           .00             .00
SBC                        NOTICE ONLY      NOT FILED           .00             .00
ROUNDUP FUNDING LLC        UNSECURED         2971.52            .00             .00
ROBERT MARSHALL            UNSECURED        NOT FILED           .00             .00
PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                       2,700.00
TOM VAUGHN                 TRUSTEE                                            751.18
DEBTOR REFUND              REFUND                                               .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              13,831.46

PRIORITY                                          .00
SECURED                                      8,656.53
     INTEREST                                1,723.75
UNSECURED                                         .00
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                           751.18
DEBTOR REFUND                                     .00
                     --------------        --------------
TOTALS               13,831.46              13,831.46
```

           PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 46003 EMMA J FARRIOR

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE